UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                    **2ND ORDER OF CONTINUANCE**

      -against-                              24 Mag. 2807

MAURICE ANDERSON,

                          Defendant.
-------------------------------------------------------------------x

Adjourned to October 23, 2024 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: September 25, 2024
       White Plains, New York

                                                  SO ORDERED:

                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge